UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action No. CV 03-1638\ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD I ROTZ | : | |
| NANCY V. ROTZ | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

DEC 0 ? 2005

MARY E. D'ANDREA, CLERK
Per _____

## CONSENT ORDER

AND NOW, this 9ᵀᴴ day of December 2005, the attached settlement agreement signed by the creditors on 12/5/05 is approved and it is so ORDERED. The Clerk of Court is directed to make distribution in accordance with its terms.

By the Court,

Christopher C. Conner
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action No. CV 03-1638\ |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| RICHARD I ROTZ | : | |
| NANCY V. ROTZ | : | |
| Defendants | : | |

## SETTLEMENT AGREEMENT

1.  An Order of Court was issued April 1, 2005, confirming the sale of property, requiring the deposit of the remaining proceeds of $263,681.20 into the Clerk of Court Registry Fund, and setting June 1, 2005, as the bar date before which any party of interest may file a claims.

2.  The Bureau of Employer Tax Operations (BETO), Department of Labor and Industry, Commonwealth of Pennsylvania (DLI), filed a statement of statutory lien claim on or around March 5, 2005.

3.  The Shippensburg Borough Authority (SBA) filed a municipal lien claim on or around April 5, 2005.

4.  The Pennsylvania Department of Revenue (DOR) filed a statement of statutory lien claim on or around April 13, 2005.

5.  The Franklin County Probation Department (FCPD) filed a claim for restitution imposed by criminal sentencing order, which was also entered as a judgment, on or around May 18, 2005.

6.  The United States of America, Internal Revenue Service (IRS), filed a statement of assessed claims on or around May 31, 2005.

7.  The matter was referred to Magistrate Judge Smyser for the purpose of conducting a settlement conference, by Order of Court issued October 7, 2005.

8.    The various liens and assessments itemized on the statements of claim were:

| Claimant | Claim Basis | Date Filed | Date Issued | Def. | Value |
|---|---|---|---|---|---|
| DOR | DSB 1991-47 | 1/14/91 | | H | $ 46,987.28 |
| DLI | DSB 1991 168 | 2/22/91 | | H | $ 15,141.67 |
| DLI | DSB 1991 169 | 2/22/91 | | H | $ 5,159.41 |
| IRS | ASSESSMENT | | 5/6/91 | H | $ 27,535.19 |
| IRS | ASSESSMENT | | 6/24/91 | H | $ 34,347.73 |
| DOR | DSB 1992-416 | 4/6/92 | | H | $ 15,951.17 |
| DOR | DSB 1993-386 | 9/20/93 | | H | $ 8,371.05 |
| IRS | ASSESSMENT | | 11/1/93 | H | $ 23,758.37 |
| DOR | DSB 1994-687 | 9/21/94 | | H | $ 4,737.52 |
| DLI | DSB 1995 544 | 6/15/95 | | H | $ 110.10 |
| DLI | DSB 1996 190 | 2/29/96 | | H | $ 510.22 |
| IRS | ASSESSMENT | | 6/17/96 | H | $ 928.76 |
| DLI | DSB 1996 629 | 7/18/96 | | H | $ 830.41 |
| DLI | DSB 1997 312 | 3/5/97 | | H | $ 12,333.78 |
| IRS | ASSESSMENT | | 3/17/97 | H | $ 657.03 |
| IRS | ASSESSMENT | | 6/27/97 | W | $ 126,230.65 |
| DLI | DSB 1998 141 | 2/5/98 | | H | $ 4,182.03 |
| SBA | DSB 1998 265 | 3/6/98 | | BOTH | $ |
| SBA | DSB 1998 266 | 3/6/98 | | BOTH | $ 15,722.58 |
| FCPD | DSB 2000 2916 | 8/23/00 | | H | $ 22,043.15 |

9.    The claimants, parties hereto, agree that the aforesaid liens and assessments attached to the Defendants' realty in the order listed in Paragraph 8.

10.    The proceeds are insufficient to pay all claims in full.

11.    The claimants, parties hereto, agree that the proceeds shall be distributed in the following shares:

| | |
|---|---|
| DOR | $ 48,657.52 |
| DLI | $ 19,301.08 |
| IRS | $ 191,722.60 |
| SBA | $ 2,000.00 |
| FCPD | $ 2,000.00 |

12.    Any interest that has accrued shall be divided among DOR, DLI, and IRS on a pro-rata basis according to their respective share, as itemized in Paragraph 11.

13. The parties agree that this settlement resolves the competing priorities of their claims, request that this settlement agreement be approved by the Court, and further, that distribution proceed according to its terms.

14. The undersigned represent that they have the power and authority to execute this document on behalf of their clients, and do so, intending for their clients to be legally bound by this document.


Dara Oliphant
Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Representing the IRS
Claim filed on or around 5/31/05


Nicholas J. Lamberti
Assistant Counsel
Office of Chief Counsel
Dept 281061
Harrisburg, PA 17128

Representing the PA Department of Revenue
Claim filed on or around 4/13/05


David Wertime
35 North Carlisle Street, Suite A
Greencastle, PA 17225

Representing the Franklin County Probation Department
Claim filed on or around 5/19/05

11/17/2005 15:41 717-772-1458 OFF CHIEF COUNSEL PAGE 04/05
Case 1:03-cv-01638-CCC-JAS Document 28 Filed 12/09/05 Page 5 of 7

NOV. 17. 2005 3:24PM CHIEF COUNSEL (L&I) NO. 4095 P. 5/10

13. The parties agree that this settlement resolves the competing priorities of their claims, request that this settlement agreement be approved by the Court, and further, that distribution proceed according to its terms.

14. The undersigned represent that they have the power and authority to execute this document on behalf of their clients, and do so, intending for their clients to be legally bound by this document.

---

Dara Oliphant
Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Representing the IRS
Claim filed on or around 5/31/05

---

Nicholas J. Lamberti
Assistant Counsel
Office of Chief Counsel
Dept 281061
Harrisburg, PA 17128

Representing the PA Department of Revenue
Claim filed on or around 4/13/05

---

David Wertime
35 North Carlisle Street, Suite A
Greencastle, PA 17225

Representing the Franklin County Probation Department
Claim filed on or around 5/19/05

13. The parties agree that this settlement resolves the competing priorities of their claims, request that this settlement agreement be approved by the Court, and further, that distribution proceed according to its terms.

14. The undersigned represent that they have the power and authority to execute this document on behalf of their clients, and do so, intending for their clients to be legally bound by this document.


Dara Oliphant
Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Representing the IRS
Claim filed on or around 5/31/05


Nicholas J. Lamberti
Assistant Counsel
Office of Chief Counsel
Dept 281061
Harrisburg, PA 17128

Representing the PA Department of Revenue
Claim filed on or around 4/13/05

David Wertime
35 North Carlisle Street, Suite A
Greencastle, PA 17225

Representing the Franklin County Probation Department
Claim filed on or around 5/19/05

_____

Forest Myers
137 Park Place West
Shippensburg, PA  17257

Representing the Shippensburg Borough Authority
Claim filed on or around 4/7/05

_____

Jayne C. Shinko
Assistant Counsel
Department of Labor and Industry
Office of Chief Counsel
Employment Security Division
10th Floor, Labor and Industry Building
Seventh and Forster Streets
Harrisburg, PA  17121

Representing the Bureau of Employer Tax Operations

Dated:   December 5, 2005